UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Cr. No. 26-10190-AK |
| v. | ) |
| | ) |
| ZENGZENG LIU, a/k/a "Bella," | ) |
| | ) |
| Defendant | ) |

GOVERNMENT'S MOTION FOR DETENTION

The United States of America, by Leah B. Foley, United States Attorney, and Brian A. Fogerty and Christopher Pohl, Assistant United States Attorneys for the District of Massachusetts, moves to detain defendant Zengzeng Liu, a/k/a "Bella," as a flight risk, pursuant to 18 U.S.C. § 3142(f)(2)(A). In support of its motion, the government submits the attached affidavit of Task Force Officer Omar Borges.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   /s/ Brian A. Fogerty
Brian A. Fogerty
Christopher Pohl
Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 1, 2026.

/s/ Brian A. Fogerty
Brian A. Fogerty
Assistant U.S. Attorney