**AFFIDAVIT OF TASK FORCE OFFICER OMAR BORGES IN SUPPORT OF GOVERNMENT'S MOTION FOR DETENTION**

I, Omar Borges, being duly sworn, depose and state as follows:

## Introduction

1. I am a Detective with the Boston Police Department (BPD). Since 2023, I have been assigned to the Department's Human Trafficking Unit. Since 2024, I have also served as a Task Force Officer with the FBI's Boston Child Exploitation and Human Trafficking Task Force (the "FBI Task Force"). The mission of the FBI Task Force is to identify, investigate, disrupt, and dismantle human trafficking networks operating in greater Boston.

2. During my work with the FBI Task Force and the Human Trafficking Unit, I have participated in investigations of human trafficking, drug trafficking, violent crime, and other offenses. Some of these investigations have required me to work closely and share information and intelligence with members of other federal, state, and local law enforcement agencies. Based on my training and experience, I have become familiar with the methods, routines, and trends in human trafficking, including methods used by human traffickers to acquire, conceal, and launder proceeds from these crimes. I am also familiar with the methods that sex traffickers (colloquially known as "pimps") use to recruit, entice, transport, harbor, and arrange for victims to participate in commercial sex acts for the traffickers' financial benefit. I am also familiar with the methods, routines, and trends in drug trafficking, including methods used by drug traffickers to acquire, conceal, and distribute controlled substances and the proceeds therefrom.

3. On June 24, 2026, a United States Grand Jury in the District of Massachusetts returned a four-count indictment charging Zengzeng Liu, also known as "Bella," with knowingly persuading an individual to travel in interstate commerce to engage in prostitution, in violation of 18 U.S.C. § 2422(a), and three counts of use of facilities in interstate or foreign commerce in aid

of racketeering enterprises, in violation of 18 U.S.C. §§ 1952(a)(3) & 2. A copy of the indictment is attached as Exhibit 1.

4. As is set forth more fully below, the FBI Task Force developed evidence of an international sex trafficking operation that recruited women, including foreign nationals from Japan, Vietnam, China, and the Philippines, to travel to perform sex acts for sex buyers at residential brothels in the Allston-Brighton neighborhood of Boston, Massachusetts. The FBI Task Force identified Liu as a dispatcher for the network who used foreign national middlemen to identify women who would travel to perform commercial sex acts. Liu then recruited the foreign nationals to travel to work in residential brothels in Allston and Brighton.

5. I submit this affidavit in support of the government's motion that Liu be detained pending trial. I have not included every fact known to me concerning this investigation. The statements contained in this affidavit are based on my participation in the investigation of the criminal activity described herein, as well as information provided to me by other agents and officers involved in this investigation, and my experience, training, and background as a Task Force Officer with the FBI and a Detective with BPD.

**The Allston-Brighton Sex Trafficking Operation**

6. The 83 Gardner Street Brothel in Allston. On October 7, 2025, members of the FBI Task Force conducted an operation targeting the website HarlotHub.com, a website known to be used to connect sex buyers with persons offering to perform commercial sex acts. As part of the operation, investigators found a HarlotHub.com advertisement that included photographs depicting several Asian women posing in sexual positions and performing sexual acts. The ad contained a link to another website, https://xiaohuli668.com/index, and a phone number (the "Target Mobile Phone"). This second website stated that there were several women available and located in the Allston area.

7.      Acting in an undercover capacity, one of the task force officers ordered a commercial sex act over the Target Mobile Phone.  The user of the Target Mobile Phone asked to see the UC and directed the UC to place a video call on WhatsApp.  On the video call, the UC spoke to an Asian female who asked, "Are you trying to come see the girls?" and negotiated a price of $600 for the commercial sex act requested by the UC.  Ultimately, the user of the Target Mobile Phone sent the UC a photograph of 83 Gardner Street in Allson with an arrow directing him to take the path to the entrance:



[Image directing UC to brothel at 83 Gardner Street in Allston]

8.      Investigators were already familiar with 83 Gardner Street.  On August 25, 2025, Boston Police had received an anonymous tip that discussed brothels, human trafficking, and money laundering at 365 Western Avenue in Brighton and 83 Gardner Street in Allston.  Boston police officers went and knocked on identified apartment doors at both locations and heard people running, whispering, and moving furniture.  No one answered the door at either apartment.  While

at Gardner Street, a resident complained to officers about men entering the building and going to the apartment on a regular basis and that Asian women entered the apartment late at night.

9. Once the UC was inside 83 Gardner Street, the user of the Target Mobile Phone directed the UC to ring the doorbell for a particular apartment:

[Instructions sent to UC describing how to access 83 Gardner Street in Allston]

The apartment number given to the UC by the user of the Target Mobile Phone was the same Gardner Street apartment that was the subject of the August 25, 2025, anonymous tip. When the UC called the intercom for that apartment, another female greeted him and told the UC to come to the specified apartment. Along with other task force officers, the UC went to the apartment while still on the phone with the user of the Target Mobile Phone. When the UC knocked on the door, an Asian woman dressed in only a bra and underwear answered the door. At this time, the UC identified himself as a law enforcement official and other task force officers entered the apartment.

10. Task force officers found a two-bedroom, lightly furnished apartment with a single couch in the living room and numerous boxes of Kleenex and paper towels stacked to the ceiling. Each bedroom consisted of one bed and one nightstand, accompanied by a single white bed sheet. In the living room, there was a single surveillance camera pointing towards the front door of the

apartment. The camera was placed behind a plant to conceal its location. There were several bottles of lubrication and toilet paper rolls on top of each nightstand.

11. Task force officers interviewed the victim through an interpreter. The victim said that she was originally from Japan but traveled to Flushing, New York before arriving in Boston five days before. While in Flushing, friends told the victim to contact a phone number to make money. When the victim called the number, the "boss" arranged for the victim to travel to the 83 Gardner Street apartment. The victim said she received information about her "dates" from a WeChat group chat.[1] The victim collected money from the sex buyers, and expected to receive a portion of the funds, but Asian men would come by the apartment to pick up money on a regular basis. The victim said that the money was eventually funneled to the "boss," a Chinese female called "Bella."

12. Task force officers seized over $20,000 in cash in the apartment. While inside the apartment, the UC received several calls from the user of the Target Mobile Phone. When the UC answered the phone, the Asian female he had spoken to earlier in the night began to yell, "You stole my money! Bring it back, or I will call the police."

13. Task force officers obtained surveillance footage from the Gardner Street apartment for October 4, 2025, to October 7, 2025. Based on a review of the video footage, they identified at least 62 suspected sex buyers coming and going from the apartment. These sex buyers would remain inside the apartment for between 30 and 60 minutes and then exit the premises. According to the https://xiaohuli668.com website, the sex acts performed at Gardner

[1] Based on my training and experience, I know that in the commercial sex trade the word "date" can refer to a sex buyer or a commercial sex encounter.

Street went for anywhere from $240 for 30 minutes to $800 for 90 minutes. Agents estimate that the Gardner Street brothel made as much as $50,000 during that three-day period.

14.  Late in the evening of October 7, 2025, after agents left Gardner Street, surveillance footage showed an unidentified Asian female had arrived at the location with luggage and a backpack. The Asian female entered and did not leave Gardner Street for the rest of the night.

15.  Continued Sex Trafficking at 83 Gardner. Even after law enforcement interrupted the activities at 83 Gardner Street, the location continued to serve as a hub for commercial sex. Task force officers reviewed surveillance footage from Friday, October 31, 2025, to Sunday, November 2, 2025, and observed 51 suspected sex buyers coming and going from the apartment. The suspected sex buyers stayed in the apartment for between 30 and 60 minutes before they left 83 Gardner Street. Task force officers estimate that the 83 Gardner Street brothel generated as much as $40,000 that weekend.

16.  In reviewing the surveillance footage, task force officers also saw several different Asian men enter and quickly exit the apartment, behavior that the FBI Task Force believes was indicative of couriers conducting money pick-ups for the sex trafficking operation.

17.  The 83 Gardner Street Search Warrant. On November 9, 2025, the FBI Task Force, the Boston Police Department's Human Trafficking Unit, and the Massachusetts State Police's Special Service Section High Risk Victim Squad obtained a search warrant for the 83 Gardner Street apartment. At approximately 9:20 p.m., task force officers approached the residence and executed the warrant. They encountered two sex buyers and three naked or nearly naked Asian females in the apartment. Task force officers observed an open condom wrapper on the bed as well as a used condom in the trash can on the ground against the bedframe. They seized condoms, lubrication, surveillance cameras, cell phones, and almost $15,000 in cash.

18. Through an interpreter, task force officers interviewed two female victims. The information they provided was substantially similar to that given by the victim encountered on October 7, 2025: the victims were from Japan; they had been at 83 Gardner Street having sex with "customers" in exchange for money for several days; the "dates" were arranged via WeChat by an Asian female known as "Bella"; and while they had been at 83 Gardner Street an older Asian male with a skinny build came to the apartment and was instructed by "Bella" to pick up the money. The victims expected to receive about half of the money from the "dates" and that the rest was forwarded to "Bella" via the couriers.[2]

19. The 50 Hichborn Street Brothel in Brighton. On May 4, 2026, task force officers assigned to the FBI Task Force again searched the website https://xiaohuli668.com for advertisements for commercial sex in Boston. As in October 2025, the website continued to feature profiles of Asian women alongside a list of prices for specific time periods and sex acts. The website also continued to contain advertisements that listed the Target Mobile Phone as the contact number for the commercial sex operation.

20. A second undercover officer communicated with the user of the Target Mobile Phone over WhatsApp. When the UC ordered a commercial sex act, the user of the Target Mobile Phone responded, "First time customer, due to safety issues, I will ask you some questions, do you mind?" The user of the Target Mobile Phone first asked, "Have you been to other stores like my place? If have, which stores have you been to? Send me their websites and chat records to prove that you are a regular customer." When the UC responded, "I am a new customer," the user asked "what kind of work" the UC performed and the UC responded he was a custodian.

[2] On November 25, 2025, task force officers searched 365 Western Avenue in Brighton and found an empty apartment save for a single used condom.

The user of the Target Mobile Phone asked, "Can I see your work ID?  I just want to verify whether you are safe!"

21.    The UC took a selfie-style photo of himself and, using an artificial  intelligence application, generated an identification card that included a photo of the task force officer, a fictitious company name, and an identification number.   The UC sent the image to the user of the Target Mobile Phone.

22.    The user of the Target Mobile Phone eventually directed the UC to "60 Hichborn Street, Brighton, MA 02135" and said, "Please contact me when you arrive."  When task force officers arrived at that address—a blue, two-family residence—the UC texted, "I'm here in front of 60," and the user of the Target Mobile Phone responded, "50."  Agents recognized this as a common ruse used by sex trafficking organizations, which often direct sex buyers to locations near brothels in order to observe them in order to ascertain whether they are members of law enforcement.  The user of the Target Mobile Phone sent a photo from Google Maps directing the UC to go to the front door of 50 Hichborn Street:



[Image sent to direct UC to brothel at 50 Hichborn Street, Brighton ]

23.     When the UC asked, "What apt," the user of the Target Mobile Phone told the UC that a code was required to enter the building.  She told the UC to press the delivery button on the screen, enter the four-digit code and once in the building, go to a particular apartment.

24.     The UC followed the instructions and went to the designated apartment.  The UC could hear people walking around inside but no one answered the door.  After receiving no answer, the UC called the user of the Target Mobile Phone via WhatsApp and told her that no one was opening the door.  She replied, "I will call them."  Seconds later, the door opened, and the UC observed an Asian female dressed in lingerie holding a cell phone that he could see was on an active call.  He stepped into the apartment, holding the door open with my foot, and saw a second Asian female, dressed in lingerie, standing in the living room.  The UC identified himself as a law enforcement officer and the surveillance team members, who were positioned in the hallway, quickly made entry.  A third victim was found inside the apartment.

25.     Using a translation application and eventually a translator, task force officers conducted interviews with the victims found inside the apartment.  Based on information from these interviews, agents learned that one of the victims was from Japan and two were from Vietnam.  The victims had been at the 50 Hichborn Street apartment for several days and while there had completed numerous "dates."  They were not allowed to leave the apartment.  Agents observed bruises on one of the victim's knees, legs, and feet.  She told task force officers she received those injuries from sex buyers who paid for her to perform sex acts on her knees.

26.     The victims similarly described how they received instructions over WeChat from a "female boss" named "Bella," who none had met in person.  One victim described traveling to China, the Philippines, and New York to work for the network, while another advised she had traveled from Canada to New York and a few days ago had taken a "Chinese Uber" from New

York to Boston.  The victims described men who quickly entered and left the apartment with cash and described a woman who worked for "Bella" who occasionally came to place food in a refrigerator and clean the apartment.  Agents seized almost $70,000 from the apartment.

27.     The Sex Trafficking Operation Continued At 50 Hichborn Street.  As was the case with the 83 Gardner Street brothel, 50 Hichborn Street continued to serve as a hub for commercial sex even after law enforcement interrupted the activities there.  Members of the FBI Task Force continued to see a high volume of foot and vehicle traffic at 50 Hichborn Street which suggested that the brothel was still in operation.  On May 16, 2026, officers observed a suspected sex buyer enter 50 Hichborn Street and leave an hour later.  Task force officers stopped the buyer a short distance away from 50 Hichborn Street.  During an interview, the buyer acknowledged that he had paid $400 for a one-hour commercial sex act inside the 50 Hichborn Street apartment where the UC and other officers had entered on May 4, 2026 (Hichborn Apartment 1).

28.     In addition, the buyer told agents he had been to a different apartment at 50 Hichborn Street to purchase commercial sex several months before (Hichborn Apartment 2).  The buyer allowed agents to review the buyer's communications on his phone.  Task force officers observed that the buyer purchased commercial sex at these locations using a different commercial sex-advertising website, https://hougong521.com, which directed buyers to contact a different phone number (Target Phone 2). The hougong521.com website was substantially similar to the xiaohuli668.com website task force officers first encountered.

29.     On May 18, 2026, task force officers saw several men approach the front door of 50 Hichborn Street manipulating cell phones in their hands and punching in an access code to the building.  The task force officers observed men entering the building and then leaving 30-60 minutes later.  Task force officers stopped several of the men, who advised that they had paid for

commercial sex with Chinese or Japanese women in either Hichborn Apartment 1 or 2 and arranged the meeting by communicating with an unknown Asian woman over Target Phone 2.

30. The 50 Hichborn Street Search Warrants. Task force officers had now confirmed that the Target Mobile Phone and Target Phone 2 were used by an Asian woman to connect buyers with commercial sex providers. The Target Mobile Phones were connected to different websites advertising commercial sex, but both phones connected buyers to commercial sex providers inside Hichborn Apartment 1 at 50 Hichborn Street. Based on that information, on May 18, 2026, members of the FBI Task Force executed search warrants at Hichborn Apartment 1 and 2.

31. Inside Hichborn Apartment 1, task force officers found two rooms used for commercial sex, a bag of condoms, discarded condoms, and U.S. currency. They also observed that the kitchen was bare except for a single carton of eggs:

[Bedrooms used for commercial sex inside Hichborn Apartment 1]



[Bag of condoms and used condom wrapper and tissue paper inside Hichborn Apartment 1]



[U.S. currency inside a bag found inside Hichborn Apartment 1; photograph of empty kitchen cabinet]

32.     Inside Hichborn Apartment 2, task force officers again found two rooms used for commercial sex, a large box of condoms, and U.S. currency.  They also observed that the windows of the living room were taped shut to block out the light:

 

[Bedrooms used for commercial sex inside Hichborn Apartment 2]



[Large box of condoms and nightstand drawer with condoms inside Hichborn Apartment 2]






[Taped-up windows blocking light at Hichborn Apartment 2]

33. Identifying the User of the Target Mobile Phones. In order to identify the user or users of the Target Mobile Phones operating these commercial sex websites, the FBI Task Force obtained a series of search warrants to collect location information for the Target Mobile Phone (in May 2026) and Target Phone 2 (June 2026).

34. Location information showed that the Target Mobile Phone was in Flushing, New York, either in the vicinity of Maple Avenue and Frame Place, or in the area of Avery Avenue

and Saull Street. On May 25, 2026, I traveled to New York with a member of the Massachusetts State Police who is also another assigned to the FBI Task Force to try to identify the user of the Target Mobile Phone. On that day, location data showed that the Target Mobile Phone was in the area of Avery Avenue for several hours, before it moved to Maple Avenue and Main Street.

35. On May 26, 2026, task force officers resumed surveillance in the area of Maple Avenue. Beginning at approximately 1:05 p.m., the Target Mobile Phone moved to an area around Kissena Boulevard and Elder Avenue in Flushing, an area with numerous supermarkets and restaurants. Task force officers determined that the location of the Target Mobile Phone had remained stationary for approximately 20 minutes, in the vicinity of the FoodPlus Supermarket, located at 44-24 Kissena Boulevard. I got out of my car, entered the store, and looked for an Asian woman who may have been manipulating a cell phone. At the front of the store, near the cash register, I observed a young Asian woman with pink hair who was paying for groceries and holding a cell phone. As I got closer, I saw that she had three cell phones and was using one of the devices to communicate on WeChat. This is significant because “Bella,” the “dispatcher” for the Boston sex trafficking operation, used WeChat to recruit victims and arrange commercial sex encounters.

36. I continued to follow the woman with three cell phones on foot. Agents on surveillance were able to take a photograph of her as she exited the store:



[Surveillance photograph of Liu, a/k/a "Bella," emerging from store, May 27, 2026]

37. As I followed the woman with three cell phones, other agents relayed the location of the Target Mobile Phone to me. As the woman walked toward Kissena Boulevard at Cherry Avenue, location information for the Target Mobile Phone moved in that direction. I followed the woman for several blocks, during which time I saw her frequently switch devices and text. The woman eventually stopped at 133-12 Avery Avenue. She was met by an Asian man who helped her bring her groceries inside the building. Location information showed that the Target Mobile Phone was on Avery Avenue, where it had been the day before.

38. The woman remained in the building for approximately six hours. At 8:05 p.m., the woman left the building and walked up Avery Avenue to Saull Road and Maple Avenue. Agents followed the woman for two blocks until she entered a high-rise apartment building at 134-46 Maple Avenue. The woman used a key to enter the building, used a key to open a mailbox in the lobby, and walked on to an elevator.

39. On May 27, 2026, task force officers returned to the FoodPlus Supermarket to obtain surveillance footage and financial transaction information for the woman with pink hair and three cell phones. The manager granted agents access to the surveillance system, and task

force officers copied footage of the woman entering the store, shopping, checking out, and exiting the store.



[Image of Liu, a/k/a "Bella," with three cell phones, May 27, 2026]

40.     Task force officers used this footage to review financial transactions at the time the woman was at the checkout counter.  From financial transactions at that time, agents determined that the woman paid for groceries using a New York WIC (for "Women, Infants, and Children") nutrition benefits card.  Task force officers obtained  New York State Department of Health records regarding the user of the WIC card and learned that the card was registered to Zengzeng Liu, date of birth XX-XX-85, with a listed residence of 134-46 Maple Avenue, Apartment 4A, in Flushing, New York.  I have reviewed Liu's New York State driver's license photograph and confirmed that the person I followed out of the FoodPlus Supermarket, carrying the Target Mobile Phone, was Liu.



[New York State Driver's License Photograph for Zengzeng Liu, a/k/a "Bella"]

41. On June 17, 2026, agents secured search warrants to again obtain location information for the Target Mobile Device, as well as Target Phone 2. Since that time, location information has shown that the Target Mobile Phones are together. Based on this information, agents believed that Liu was "Bella," who used the Target Mobile Phones to operate different commercial sex websites in the Allston–Brighton neighborhood.

42. Arrest and Searches. For the past week, location information from the Target Mobile Phones has consistently shown that the devices remained at an apartment inside 133-12 Avery Avenue during overnight hours. Pursuant to an arrest warrant, members of the FBI Task Force, aided by FBI agents in New York, arrested Liu this morning at the Avery Avenue address.

43. Pursuant to a search warrant, agents searched the Avery Avenue address. First, agents seized numerous cellular telephones from the apartment. Agents called the numbers for the Target Mobile Phone and Target Phone 2 and located both phones inside the apartment. One of the phones displayed a username of "Bella Johnson," the name the victims provided for the dispatcher for the Allston-Brighton sex trafficking operation.



[Cell phones seized from Liu's Apartment at 133-12 Avery Avenue, Flushing, New York, July 1, 2026, including one that identifies the user as "Bella Johnson"]

44.    Agents also discovered that Liu's Avery Avenue apartment was, in fact, serving as an illegal gambling operation.  Agents observed several gambling tables, surveillance cameras, a money counter, and a safe:



[Gambling tables found inside Liu's Apartment at 133-12 Avery Avenue, Flushing, New York, July 1, 2026]

45. In addition, agents seized approximately $49,000 in cash from Liu's Avery Avenue apartment:

[U.S. currency seized from 133-12 Avery Avenue, Flushing, New York, July 1, 2026]

46. Pursuant to a search warrant, agents also searched Liu's claimed official residence at 134-46 Maple Avenue, Apartment 4A, in Flushing. Agents seized documents in Liu's name, including tax returns and mail. Agents encountered an elderly couple in the residence who claimed to be relatives of Liu's ex-husband and stated they were staying in the apartment temporarily. Agents observed a bunk bed in one of the bedrooms but learned from the elderly couple that Liu's child was residing permanently in China.

47. Conclusion. Based on this evidence, I believe Liu is a risk of flight. Liu is a member of a sophisticated criminal organization with international ties, one that recruits and facilitates the travel of foreign nationals for the purpose of engaging in commercial sex. Based on seizures from the investigation noted above, and currency seized today, this organization generates large sums of cash. The discovery of Liu in the gambling den today shows that Liu is

involved in multiple criminal schemes, or that Liu's criminal organization is involved in multiple criminal schemes.  Liu also maintains personal ties to China, providing her an incentive to flee.

For the reasons described herein, I respectfully request that Zengzeng Liu, a/k/a "Bella," be detained pending trial.

Signed under the pains and penalties of perjury this 1st day of July, 2026.


/s/ Omar Borges
Omar Borges
Task Force Officer
Federal Bureau of Investigation

**EXHIBIT 1**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ZENGZENG LIU, a/k/a "Bella,"

Defendant

Criminal No. 26cr10190

Violation:

<u>Count One</u>: Knowingly Persuading an Individual to Travel in Interstate Commerce to Engage in Prostitution
(18 U.S.C. § 2422(a))

<u>Counts Two–Four</u>: Use of Facilities of Interstate or Foreign Commerce in Aid of Racketeering Enterprises; Aiding and Abetting
(18 U.S.C. §§ 1952(a)(3) & 2)

<u>Forfeiture Allegations:</u>
(18 U.S.C. §§ 981(a)(1)(C), 2428(a) & 28 U.S.C. § 2461(c))

## <u>INDICTMENT</u>

At all times relevant to this Indictment:

### <u>General Allegations</u>

1. The defendant ZENGZENG LIU, a/k/a "Bella," was a Chinese national, a lawful permanent resident of the United States, and a resident of Flushing, New York.

2. The Allston-Brighton Sex Trafficking Operation ("Allston-Brighton STO") was an international commercial sex operation that was operated by the defendant and others known and unknown to the Grand Jury. Through the Allston-Brighton STO, the defendant and others known and unknown to the Grand Jury recruited women, including foreign nationals from Japan and Vietnam, to travel to Boston, Massachusetts to perform sex acts for sex buyers. The defendant used foreign national middlemen to identify women who would perform the commercial sex acts. The defendant then directed the women to specific apartments in the Allston-Brighton

neighborhood of Boston where the commercial sex acts occurred (hereinafter, the "residential brothels"). These locations included 365 Western Avenue in Brighton; 83 Gardner Street in Allston; and 50 Hichborn Street in Brighton. To attract sex buyers for the Allston-Brighton STO, the defendant posted advertisements on commercial sex advertising websites and communicated with sex buyers to direct them to the residential brothels.

3. Victim-1 was a Japanese national. Between on or about May 16, 2026, and on or about May 18, 2026, Victim-1 engaged in commercial sex at the 50 Hichborn Street residential brothel. The defendant used facilities of interstate commerce, including cellular telephones and mobile communication applications, to dispatch commercial sex buyers to that location.

Massachusetts State Prostitution Law

4. As relevant to this Indictment, the Commonwealth of Massachusetts criminalizes the following prostitution offenses:

> Whoever engages, agrees to engage or offers to engage in sexual conduct with another person in return for a fee, shall be punished by imprisonment in the house of correction for not more than 1 year or by a fine of not more than $500, or by both such imprisonment and fine, whether such sexual conduct occurs or not, pursuant to Massachusetts General Laws, Ch. 272, Section 53A(a).

Facilities of Interstate and Foreign Commerce

5. The following constitute facilities of interstate and foreign commerce and were used by the defendant to promote, manage, establish, carry on, and otherwise facilitate the business of the Allston-Brighton STO:

a. The Internet, including but not limited to advertisement websites, including the websites https://xiaohuli668.com and hougong521.com, where individuals and businesses could post classified-type advertisements;

b. National telephone networks and global communication companies, including T-Mobile US, Inc., and Verizon Communications, Inc.;

c. WhatsApp, an instant messaging and voice over IP (VoIP) mobile application that was headquartered in California; and

d. WeChat, a China-based instant messaging, social media, and oral and audio communication application.

The Allston-Brighton STO Enterprise

6. The Allston-Brighton STO, including its members and associates, constitutes a business enterprise defined in Title 18, United States Code, Section 1952(b)(i)(1), that is, a business enterprise involving prostitution offenses in violation of the laws of the State in which they are committed, to wit, Massachusetts, or the United States.

7. The purposes of the Allston-Brighton STO include the following:

a. Recruiting women, who were primarily foreign nationals, and persuading them to travel to the Allson-Brighton neighborhood of Boston, Massachusetts, to engage in commercial sex.

b. Dictating when and where the women engaged in commercial sex and demanding a commission for any sex acts performed by the women.

c. Attracting sex buyers by posting online advertisements containing a telephone number linked to defendant ZENGZENG LIU, a/k/a "Bella."

d. Communicating with the women performing the commercial sex acts using WeChat, a China-based encrypted text application.

e. Using fraud, deceit, and altered and forged documents to obtain and control apartments in Boston that served as residential brothels.

<u>COUNT ONE</u>
Knowingly Persuading an Individual to Travel
in Interstate Commerce to Engage in Prostitution
(18 U.S.C. § 2422(a))

The Grand Jury charges:

8. The Grand Jury re-alleges and incorporates by reference paragraphs 1 through 7 of this Indictment.

9. In or around May 2026, in Boston, in the District of Massachusetts, the Eastern District of New York, the Central District of California, and elsewhere, the defendant,

ZENGZENG LIU, a/k/a "Bella,"

did knowingly persuade, induce, entice, and coerce any individual, to wit, Victim 1, a person known to the Grand Jury, to travel in interstate and foreign commerce to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(a).

COUNTS TWO–FOUR
Use of Facilities in Interstate or Foreign Commerce
in Aid of Racketeering Enterprises; Aiding and Abetting
(18 U.S.C. §§ 1952(a)(3) and 2)

The Grand Jury further charges that:

10. The allegations contained in paragraphs 1 through 7 of the Indictment are realleged and incorporated by reference as though fully set forth herein.

11. On the dates set forth below, in the District of Massachusetts, the Eastern District of New York, and elsewhere, the defendant, ZENGZENG LIU, a/k/a "Bella," in each count below, did knowingly use and cause to be used a facility in interstate and foreign commerce, as specified in each count, with intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of unlawful activity, that is, business enterprises involving prostitution, in violation of the laws of the Commonwealth of Massachusetts, and thereafter performed and attempted to perform an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of such unlawful activity:

| Count | Use of Facility in Interstate or Foreign Commerce |
|---|---|
| 2 | On or about October 7, 2025, defendant ZENGZENG LIU, a/k/a "Bella," using a WhatsApp account assigned a call number ending in -6668, told an undercover law enforcement officer in Massachusetts that in exchange for $600, LIU would provide a woman with whom the undercover law enforcement officer could have unprotected vaginal sex. |
| 3 | On or about May 4, 2026, defendant ZENGZENG LIU, a/k/a "Bella," using a WhatsApp account assigned a call number ending in -6668, communicated with an undercover law enforcement officer in Massachusetts to arrange a commercial sex encounter in an apartment at 50 Hichborn Street, Brighton, Massachusetts that was serving as a residential brothel. |
| 4 | On or about May 16, 2026, defendant ZENGZENG LIU, a/k/a "Bella," using a WeChat account with username "Bella," directed Victim-1 to an apartment at 50 Hichborn Street, Brighton, Massachusetts that was serving as a residential brothel. |

All in violation of Title 18, United States Code, Sections 1952(a)(3) and 2.

FORFEITURE ALLEGATIONS
(18 U.S.C. §§ 981(a)(1)(C), 2428(a) and 28 U.S.C. § 2461(c))

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 2422(a), set forth in Count One, the defendant,

ZENGZENG LIU, a/k/a "Bella,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a), and Title 28, United States Code, Section 2461(c), any property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense; and, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Section 2428(a), and Title 28, United States Code, Section 2461(c), any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offense.

2. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 1952(a)(3), set forth in Counts Two through Four, the defendant,

ZENGZENG LIU, a/k/a "Bella,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

3. If any of the property described in paragraphs 1 and 2, above, as being forfeitable pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 2428(a), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant–

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraphs 1 and 2 above.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 2428(a), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

[redacted]

FOREPERSON

BRIAN A. FOGERTY
CHRISTOPHER POHL
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS

District of Massachusetts: June 24, 2026
Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK at 3:18 pm