UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 26-CR-10190-AK |
| | ) | |
| | ) | |
| ZENGZENG LIU | ) | |

**ASSENTED-TO MOTION TO**
**AMEND CONDITIONS OF RELEASE**

Now comes Ms. Liu with the assent of the government and moves this Honorable Court to amend her conditions of release by adjusting her curfew from 8:00 p.m. to 8:00 a.m. to 10:00 p.m. to 6:00 a.m. In support thereof, Ms. Liu resides in New York City but plans to meet with counsel in Boston multiple times throughout the pendency of the case. The current curfew from 8:00 p.m. to 8:00 a.m. was set in the Eastern District of New York during Rule 5 proceedigns there. Adjusting the curfew as requested will allow for more flexibility in scheduling meetings with counsel by allowing Ms. Liu to begin travelling earlier and returning home later without violating her curfew or requiring multiple amendments to her conditions for each trip. In addition, the requested amendment leaves in place the existence of a reasonable curfew and electronic monitoring to mitigate any concerns about risk of flight.

For the above reasons, Ms. Liu requests that the Motion be ALLOWED.

Respectfully submitted,
ZENGZENG LIU
by her attorney,
*/s/ Joshua R. Hanye*
Joshua R. Hanye
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061

**Certificate of Service**

I, Joshua R. Hanye, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: August 11, 2026

*/s/ Joshua R. Hanye*
Joshua R. Hanye